

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for HSBC
Bank USA, National Association as trustee for the
holders of the certificates issued by Deutsche Alt-A
Securities Mortgage Loan Trust, Series 2007-1

In Re:
    Ahmad, Jishan

**Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-27631 VFP

Hearing Date: January 08, 2019 at
10:00 A.M.

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 10, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for HSBC Bank USA,</u>

<u>National Association as trustee for the holders of the certificates issued by Deutsche Alt-A Securities</u>

<u>Mortgage Loan Trust, Series 2007-1</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and
prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the
movant's rights in the following

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 8 & 9 , Block B0261 , 46-52 Lexington
Avenue , Paterson NJ 07502**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's
sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession
of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.